# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF NEW MEXICO

LISANET RAMIREZ CORTINA,
through Next Friend MIGUEL ERNESTO
CORTINA HERNANDEZ,

      Petitioner,

v.                                                                No. 26-cv-0458-KWR-JFR

WARDEN, Otero County Processing Center,
MARY DE ANDA-YBARRA, Field Office Director of
Enforcement and Removal Operations, El Paso
Field Office, Immigration and Customs
Enforcement; TODD LYONS, Acting Director
Immigration and Customs Enforcement;
KRISTI NOEM, Secretary, U.S. Department
Of Homeland Security; AND PAMELA BONDI,
U.S. Attorney General,

      Respondents,[1]

## <u>ORDER TO ANSWER</u>

This matter is before the Court on Petitioner Lisanet Ramirez Cortina's Petition for Writ

of Habeas Corpus Under 28 U.S.C. § 2241 (Doc. 1) (Petition).   Petitioner is detained at the Otero

County Processing Center and is proceeding *pro se*.   The Petition, filed by Petitioner's uncle and

Next Friend Miguel Ernesto Cortina Hernandez, appears to allege Petitioner is not subject to a

removal order and has not received an adequate bond hearing.   *See* Doc. 1 at 2-3.

Having reviewed the record, the Court finds the alleged facts raise a colorable claim for

relief.   *See Santos Ramirez v. Flores, et al,* 25-cv-1008 KWR-JMR (concluding petitioner was

---

[1] The *pro se* Petition names, inter alia, the Warden, but the Court will substitute or add the above-mentioned parties as Respondents.   *See Torres-Torres v. Miller,* 2020 WL 4430519 (D.N.M. July 31, 2020) (discussing the respondents in an immigration habeas case); *Lowmaster v. Dir., Bureau of Prisons*, 2024 WL 5135970, at *1 (D. Kan. Dec. 17, 2024) ("the Court notes that it routinely substitutes the" proper parties as "respondent in habeas cases"); *Danderson v. Page*, 2024 WL 3913051, at *2 (E.D. Okla. Aug. 20, 2024) (substituting the proper party respondent in a habeas case).

detained pursuant to 8 U.S.C. § 1226, rather than 8 U.S.C. § 1225, and ordering Respondents to provide a bond hearing); *Munoz Teran v. Lyons*, *et al*, 25-cv-1218 KWR-SCY (same).   The Clerk's Office has electronically served the Petition on Respondents - including the Respondents added in this Order - via CM/ECF.  *See* Doc. 2.   The United States Attorney's Office (USAO) shall answer the Petition within twenty-one (21) days of entry of this Order.   The answer should address the merits of Petitioner's claims.   The answer may, but is not required to, also address whether Miguel Ernesto Cortina Hernandez is permitted to proceed as Petitioner's Next Friend. If the USAO declines to timely respond, the Court may enter a separate order directing the Immigration Court to conduct a bond hearing in accordance with its prior rulings on this issue.

**IT IS ORDERED** that the USAO shall **ANSWER** the Petition within twenty-one (21) days of entry of this Order.

**IT IS FINALLY ORDERED** that the Clerk's Office shall **UPDATE** the case caption to match the party Respondents added/substituted via this Order.

_____/S/_____
KEA W. RIGGS
UNITED STATES DISTRICT JUDGE