# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF NEW MEXICO

LISANET RAMIREZ CORTINA,
*through next friend*
MIGUEL ERNESTO CORTINA HERNANDEZ,

      Petitioner,

      v.                           Case No. 2:26-cv-00458-KWR-JFR

WARDEN, Otero County Processing Center,
MARY DE ANDA-YBARRA, Field Office Director of
Enforcement and Removal Operations, El Paso
Field Office, Immigration and Customs
Enforcement; TODD LYONS, Acting Director
Immigration and Customs Enforcement;
KRISTI NOEM, Secretary, U.S. Department
Of Homeland Security; AND PAMELA BONDI,
U.S. Attorney General,

      Respondents.

## JUDGMENT

Consistent with the Order entered concurrently herewith, the Court grants in part the Petition and concludes that Petitioner is entitled to a bond hearing pursuant to § 1226(a).

**IT IS THEREFORE ORDERED AND ADJUDGED** that Respondents shall provide a bond hearing before an immigration judge for Petitioner pursuant to § 1226(a), as opposed to § 1225(b), within **seven (7) days** of the entry of this order, provided that the Court makes no determination whether in the future § 1231 detention provisions may apply. **Respondents shall not deny Petitioner bond or parole on the basis that § 1225(b) requires mandatory detention pending a decision on removal.**

                                  _____/S/_____
                                    KEA W. RIGGS
                                    UNITED STATES DISTRICT JUDGE